**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILIP GOLDING, | |
| Plaintiff, | Case No. 2:10-CV-00001-JCM-GWF |
| vs. | **ORDER** |
| AMTRUST BANK, et al.,, | Motion for Leave to Withdraw as Counsel of Record (#30) |
| Defendants. | |

This matter comes before the Court on Jacob Hafter & Associates' Motion to Withdraw (#30), filed on February 15, 2012. Jacob Hafter & Associates requests the Court allow them to withdraw from representing Plaintiff Philip Golding. No opposition to this motion has been filed, and the time for opposition has now expired. The Court finds the movants substantially establish good cause for withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Jacob Hafter & Associates' Motion to Withdraw (#30) is **granted**. Plaintiff Philip Golding shall have until **Friday, April 6, 2012**, to advise the Court if he will retain new counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff Philip Golding to the civil docket:

**Philip Golding**
5615 Tropic Breeze St.
Las Vegas, Nevada 89081

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve **Philip Golding** with a copy of this order at his last known address listed above.

DATED this 6th day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge